```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FRATELLI BVBA,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :     20 Civ. 6208 (JPC)
              -v-                                                :
                                                                 :         ORDER
APM MUSIC SERVICES LLC, et al.,                                  :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant/Cross-Claimant Glenn Stone is appearing *pro se* in this matter. Although allegations drafted by *pro se* plaintiffs are generally held "to less stringent standards than formal pleadings drafted by lawyers," *Haines v. Kerner*, 404 U.S. 519, 520 (1972); *accord Bertin v. United States*, 478 F.3d 489, 491 (2d Cir. 2007), *pro se* attorneys cannot claim the "special consideration, . . . customarily grant[ed] to pro se parties," *Harbulak v. Suffolk Cty.*, 654 F.2d 194, 198 (2d Cir. 1981); *see also Banker v. Banker*, 744 F. App'x 24, 24 n.1 (2d Cir. 2018) (holding that a lawyer representing himself *pro se* "does not receive the benefit of [the] general practice of liberally construing pro se briefs to raise the strongest argument they suggest because he is an attorney").

In his motion to dismiss, Defendant/Cross-Claim Defendant Maurice Keizer alleged that "Stone is a licensed attorney in New York." Dkt. 50-1 at 1. Stone responded that Keizer failed to "establish[] that Stone is actually practicing as a litigator." Dkt. 57 at 3-4. Stone is ORDERED to advise the Court by September 20, 2021 on whether he is an attorney and, if so, where he is barred

to practice law. If Stone does not respond by September 20, 2021, the Court will assume that he is a licensed attorney.

    SO ORDERED.

Dated: September 15, 2021
       New York, New York

                                          JOHN P. CRONAN
                                      United States District Judge