UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRATELLI BVBA                                          :

                                                       :   <u>ORDER</u>
                    Plaintiffs,
                                                       :   20 Civ. 6208 (JPC) (GWG)
      -v.-

                                                       :
APM MUSIC SERVICES, LLC et al.,
                                                       :

                    Defendants.                        :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge


      The time of the settlement conference on January 19, 2022, is changed to 10:00 a.m. Submissions are due January 12, 2022.


      SO ORDERED.

Dated: December 28, 2021
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge