```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FRATELLI BVBA,                                                   :
                                                                 :
                        Plaintiff,                               :
                                                                 :       20 Civ. 6208 (JPC)
              -v-                                                :
                                                                 :             ORDER
APM MUSIC SERVICES, LLC et al.,                                  :
                                                                 :
                        Defendants.                              :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    All counsel, Maurice Keizer, and Glenn Stone shall appear at a status conference on Friday, February 18, 2021 at 3:00 p.m. At the scheduled time, they should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                              JOHN P. CRONAN
                                  United States District Judge