UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRATELLI BVBA,

                Plaintiff,

    -against-                                   20 CIVIL 6208 (JPC)

                                            **JUDGMENT**

APM MUSIC SERVICES, LLC et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 6, 2022, because district courts ordinarily decline to exercise supplemental jurisdiction over the claims that remain once they have dismissed the claims over which they had original jurisdiction, and because Stone has identified no distinguishing features of this case that would justify a different result, Keizer's motion to dismiss his and Stone's cross-claims is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      December 7, 2022

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                      **BY:**      *K. Mango*

                                                                **Deputy Clerk**